IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 17-00063-01-CR-W-HFS |
|  | ) |  |
| CARLOS JESUS ENCARANCION, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

Having reviewed the record and briefing, I agree with and adopt the Report and Recommendation (Doc. 35), and DENY the motion to suppress (Doc. 21).

SO ORDERED

                                               /s/ Howard F. Sachs
                                               **HOWARD F. SACHS**
                                               UNITED STATES DISTRICT JUDGE

February 1, 2018
Kansas City, Missouri